*State, Respondent, v. Schilling, Petitioner*, No. 93106-2. Petition for review of a decision of the Court of Appeals, No. 73222-6-I, March 7, 2016, 192 Wn. App. 1063. *Denied* September 29, 2016.

*In re Marriage of Wright*, No. 90043-4. Petition for review of a decision of the Court of Appeals, No. 69133-3-I, December 16, 2013, 179 Wn. App. 257. *Denied* June 4, 2014. (Reporter's Note: This notation replaces the previous notation that was reported in the advance sheets at 180 Wn.2d 1019; the previous notation was inadvertently omitted from the 180 Wn.2d bound volume.)

*In re Pers. Restraint of Rhem, Petitioner*, No. 92698-1. Motion for discretionary review of a decision of the Court of Appeals, No. 35195-1-II, December 22, 2015, 191 Wn. App. 1050. *Granted on specific issues* November 2, 2016.

*State, Petitioner, v. Salgado-Mendoza, Respondent*, No. 93293-0. Petition for review of a decision of the Court of Appeals, No. 46062-9-II, May 24, 2016, 194 Wn. App. 234. *Granted* November 2, 2016.

*State, Respondent, v. Belt, Petitioner*, No. 93294-8. Petition for review of a decision of the Court of Appeals, No. 32974-7-III, May 17, 2016, 194 Wn. App. 1006. *Granted on a specific issue* and *remanded with instructions* to the superior court November 2, 2016.

*State, Respondent, v. Olsen, Petitioner*, No. 93315-4. Petition for review of a decision of the Court of Appeals, No. 46886-7-II, May 24, 2016, 194 Wn. App. 264. *Granted* November 2, 2016.

*State, Respondent, v. Cardenas-Flores, Petitioner*, No. 93385-5. Petition for review of a decision of the Court of Appeals, No. 46605-8-II, June 14, 2016, 194 Wn. App. 496. *Granted* November 2, 2016.